Audra M. Mori, Bar No. 162850
AMori@perkinscoie.com
Katherine M. Dugdale, Bar No. 168014
KDugdale@perkinscoie.com
Jennifer N. Chiarelli, Bar No. 212253
JChiarelli@perkinscoie.com
PERKINS COIE LLP
1620 26th Street
Sixth Floor, South Tower
Santa Monica, CA  90404-4013
Telephone:  310.788.9900
Facsimile:  310.788.3399

Attorneys for Plaintiff
MICROSOFT CORPORATION

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JY COMPUTER, INC., a California corporation; and HYUN KU CHO a/k/a PETER CHO, an individual,<br><br>　　　　　　　　Defendant. | Case No. 08CV 06869 VBF PJWx<br><br>PERMANENT INJUNCTION AGAINST DEFENDANTS JY COMPUTER, INC. AND HYUN KU CHO A/K/A PETER CHO<br><br>DATE:　February 23, 2009<br>TIME:　1:30 p.m.<br>CTRM:　9<br><br>Before the Hon. Valerie Baker Fairbank |

　　　　GOOD CAUSE HAVING BEEN SHOWN THEREFORE, IT IS HEREBY ORDERED that Defendants JY Computer, Inc., a California corporation, and Hyun Ku Cho a/k/a Peter Cho, an individual, (collectively "Defendants"), along with their directors, principals, officers, agents, servants, employees, representatives, successors and assigns, and all those persons or entities acting in concert or participation with them, shall be and hereby are PERMANENTLY ENJOINED and restrained from:

1       (a)    imitating, copying, or making any other counterfeit distribution of
2 software programs, components, end user license agreements ("EULAs"),
3 Certificates of Authenticity ("COAs") or items protected by Microsoft's registered
4 trademarks and service marks, including, but not limited to, the following
5 Trademark and/or Service Mark Registration Numbers:
6         (1)    1,200,236 ("MICROSOFT");
7         (2)    1,256,083 ("MICROSOFT");
8         (3)    1,475,795 ("POWERPOINT");
9         (4)    1,741,086 ("MICROSOFT ACCESS");
10         (5)    2,188,125 ("OUTLOOK");
11         (6)    2,999,281 (COLOR FOUR SQUARE LOGO);
12 or the software programs, components, EULAs, COAs, items or things protected by
13 the following Certificate of Copyright Registration Nos.:
14         (1)    TX 5-837-617 ("Office 2003 Professional");
15         (2)    TX 5-837-636 ("Excel 2003");
16         (3)    TX 5-900-087 ("Outlook 2003");
17         (4)    TX 5-852-649 ("PowerPoint 2003");
18         (5)    TX 5-900-088 ("Word 2003");
19         (6)    TX 5-837-618 ("Publisher 2003");
20         (7)    TX 5-877-513 ("Business Contact Manager for Outlook 2003");
21         (8)    TX 5-901-713 ("Access 2003");
22 or any other works now or hereafter protected by any of Microsoft's trademarks or
23 copyrights;
24       (b)    manufacturing, assembling, producing, distributing, offering for
25 distribution, circulating, selling, offering for sale, advertising, importing,
26 promoting, or displaying any software program, component, EULA, COA, item or
27 thing bearing any simulation, reproduction, counterfeit, copy, or colorable imitation
28 of any of Microsoft's registered trademarks or service mark, including, but not

1  limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph
2  (a) above;

3      (c)    using any simulation, reproduction, counterfeit, copy, or colorable
4  imitation of Microsoft's registered trademarks or service mark including, but not
5  limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph
6  (a) above, in connection with the manufacture, distribution, offering for
7  distribution, sale, offering for sale, advertisement, promotion, or display of any
8  software, component, EULA, COA, item or thing not authorized or licensed by
9  Microsoft;

10      (d)    using any false designation of origin or false description which can or
11  is likely to lead the trade or public or individuals erroneously to believe that any
12  software, component, EULA, COA, item, or thing has been manufactured,
13  produced, distributed, offered for distribution, advertised, promoted, displayed,
14  licensed, sponsored, approved, or authorized by or for Microsoft, when such is not
15  true in fact;

16      (e)    using the names, logos, or other variations thereof of any of
17  Microsoft's copyright and/or trademark-protected software programs in any of
18  Defendants' trade or corporate names;

19      (f)    engaging in any other activity constituting an infringement of any of
20  Microsoft's trademarks, service mark and/or copyrights, or of Microsoft's rights in,
21  or right to use or to exploit these trademarks, service mark, and/or copyrights, or
22  constituting any dilution of Microsoft's name, reputation, or goodwill; and
23  / / /
24  / / /
25  / / /
26
27
28

1       (g)    assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in paragraphs (a) through (f) above.

**IT IS SO ORDERED.**

DATED: _February 23, 2009

_____
Hon. Valerie Baker Fairbank
United States District Judge